IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUSTIN WARNOCK**                                                                                    **PLAINTIFF**

vs.                                           No. 4:19-cv-813-LPR

**CAPITAL CITY TRAFFIC CONTROL, LLC,**                              **DEFENDANTS**
**and JAY MUNIZ**

## NOTICE OF FILING

COMES NOW Plaintiff Dustin Warnock ("Plaintiff") by and through his attorneys Lydia H. Hamlet and Josh Sanford of Sanford Law Firm, PLLC, and for his Notice of Filing pursuant to ECF No. 6, states and alleges as follows:

1. Plaintiff files his Affidavit pursuant to the Court's Order. ECF No. 6. *See* Affidavit of Plaintiff Dustin Warnock attached as Exhibit 1.

2. Plaintiff's counsel used TLOxp to verify that Mr. Muniz still resides at the same Sheridan address.

3. The TLOxp report lists 620 Grant County Road, 34 Sheridan, Arkansas 72150 as Mr. Muniz's current address. It also lists the license plate number of the Dodge truck Process Server Jerome Mitchell photographed outside the residence. The relevant TLOxp report pages and a photograph of the truck's license plate taken by Mr. Mitchell during one of his service attempts are attached as Exhibits 2 and 3, respectively.

Respectfully submitted,

**PLAINTIFF DUSTIN WARNOCK**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com