# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DUSTIN WARNOCK**                                                                                         **PLAINTIFF**

**v.**                              **Case No. 4:19-cv-00813-LPR**

**CAPITAL CITY TRAFFIC CONTROL LLC, and**                                        **DEFENDANTS**
**JAY MUNIZ**

## ORDER

Before the Court is Plaintiff's Second Motion for Extension of Time for Service of Process and Motion for Alternative Service. (Doc. 5). Plaintiff Dustin Warnock brings his Complaint against Capital City Traffic Control, LLC, and Mr. Jay Muniz, its owner and manager. (Doc. 1). Mr. Muniz is also the corporate defendant's registered agent for service of process. (Doc. 5). Mr. Warnock originally had until February 18, 2020 to execute service on the Defendants. After Mr. Warnock demonstrated good cause, the Court granted an extension of time until March 19, 2020. (Doc. 4).

Mr. Warnock has still been unable to serve process on the Defendants. This is not for lack of effort. Mr. Warnock hired two licensed process servers, Jeff Barnett and Jerome Mitchell. (Doc. 5). Neither process server has been able to execute service despite multiple attempts to do so. *Id.* However, Mr. Warnock has identified and verified the personal address for Mr. Muniz as 620 Grant County Road 43, Sheridan, Arkansas 72150. (Doc. 7). As a result, the Court GRANTS the Motion for Extension of Time for Service of Process and Motion for Alternative Service.

IT IS THEREFORE ORDERED that:

1. Plaintiff Dustin Warnock has thirty (30) days from the date of this Order to serve

process on Defendants.

2. Plaintiff Dustin Warnock is authorized to serve process on Defendants by an alternative method of service, provided that he uses both methods that he has suggested. This means he must serve process by U.S.P.S. First Class mail **and** delivery by taping the Summonses, Complaint, all current filings in this case, and this Court's Order permitting alternative service on the door of Defendant Jay Muniz's residence (620 Grant County Road 43, Sheridan, Arkansas 7215). Mr. Warnock must provide, by each method of service, two sets of documents: one set of documents for separate defendant Mr. Muniz and one for separate defendant Capital City Traffic Control, LLC.

Dated this 17th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE