IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUSTIN WARNOCK**                                                                                          **PLAINTIFF**

vs.                                              No. 4:19-cv-813-LPR

**CAPITAL CITY TRAFFIC CONTROL, LLC,**                                       **DEFENDANTS**
**and JAY MUNIZ**

## AFFIDAVIT

Before me, the undersigned authority, personally appeared JEFF BARNETT, who being duly sworn, deposed as follows:

1. My name is Jeff Barnett. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. Sanford Law Firm engaged me to serve process on Defendants Capital City Traffic Control, LLC, and Jay Muniz.

3. Specifically, Sanford Law Firm hired me to tape the Summonses, Complaint, all current filings in this case, and the Court's Order permitting alternative service on the door of Separate Defendant Jay Muniz's residence (620 Grant County Road 43, Sheridan, Arkansas 72150). Sanford Law Firm told me to tape two sets of documents to Mr. Muniz's door—one set of documents for Separate Defendant Jay Muniz and one set for Separate Defendant Capital City Traffic, Control, LLC.

4. On March 23, 2020, I went to Mr. Muniz's residence with the intent to tape the above described items to his door.

5. When I arrived at approximately 12:10 PM, I saw Mr. Muniz sitting in the driver's seat of his red Dodge truck with the door open.

6. I approached Mr. Muniz and asked, "Are you Jay?" He responded, "That's me." He told me to stop walking toward him because he was sick.

7. When I told Mr. Muniz that I had court papers for him, he told me to put them on the ground and he would get them.

8. I put the two sets of documents on the ground near Mr. Muniz and left.

9. I took photographs of Mr. Muniz sitting in his truck near the documents I placed on the ground. My photographs are attached to this Affidavit.

**FURTHER AFFIANT SAYETH NOT.**

_____
JEFF BARNETT

STATE OF ARKANSAS   )
COUNTY OF PULASKI   )

SUBSCRIBED AND SWORN to before me this 31st day of March, 2020.

_____
Notary Public

Josh Sanford
Pulaski County
Commission Number 12383023
Notary Public - Arkansas
My commission expires Apr. 27, 2021